UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE A. LAWRENCE,

    Plaintiff,

v.                                     Case No: 8:20-cv-2570-T-36SPF

LAURALEE WESTINE and LAURALEE WESTINE,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on November 19, 2020 (Doc. 9). In the Report and Recommendation, Magistrate Judge Flynn recommends that: (1) Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied without prejudice; (2) Plaintiff's complaint (Doc. 1) be *sua sponte* dismissed without prejudice; (3) Plaintiff be allowed to file an amended complaint that sets forth a factual basis for the Court's jurisdiction and for his claims and a renewed request to proceed *in forma pauperis*; and (4). Plaintiff be advised that failure to file an amended complaint within the allotted time may result in dismissal of this action. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 9) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is denied without prejudice.

(3) Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

*(4)* Plaintiff is granted leave to file an amended complaint within fourteen (14) days from the date of this Order, that sets forth a factual basis for the Court's jurisdiction and for his claims and a renewed request to proceed *in forma pauperis*. The Court notes that Plaintiff has already filed an amended complaint, which the Court will consider. *See* Doc. 14. However, Plaintiff has not filed a renewed request to proceed *in forma pauperis*. Therefore, Plaintiff shall file his renewed request to proceed *in forma pauperis* on or before **December 23, 2020**.

**DONE AND ORDERED** at Tampa, Florida on December 9, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record